UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BENTON COUNTY; BENTON COUNTY SHERIFF'S OFFICE; STEVEN KEANE, individually and in his official capacity as Sheriff of Benton County, Washington, DOES 1-20, in their individual and official capacities,<br><br>　　　　　　　　　Defendants. | NO:  CV-12-5020-RMP<br><br>ORDER OF DISMISAL WITH PREJUDICE |

　　　BEFORE the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 15.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 15**, is **APPROVED**. Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** this 18th day of July 2012.

                              *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
                      Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2